UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>24-20201-CR-WILLIAMS</u>

UNITED STATES OF AMERICA

vs.

DAVID KNEZEVICH,
    a/k/a "DAVID KNEZEVIC,"
    a/k/a "DUSAN KNEZEVIC,"

    **Defendant.**
_____/

## NOTICE OF FILING CORRECTION TO CASE AGENT'S TESTIMONY AT HEARING ON AUGUST 8, 2024

Counsel for the government provides this Notice to the Court of Correction to Case Agent's Testimony at the Hearing on August 8, 2024. In support thereof, the government states as follows.

On August 8, 2024, this Court granted the Defendant's Motion to Reopen the Detention Hearing and held a hearing. At the hearing, the Case Agent testified as follows:[1]

    Question:    Does the What's App return for [the Victim's] phone number indicate that it last pinged in France?

    Answer:    Yes.

Thereafter, defense counsel inquired as to the basis of this testimony. Upon looking into defense counsel's inquiry, the undersigned discovered that it was primarily Google records that placed the Victim's phone in France. Specifically, Google records for the Victim's phone number show that the Victim's phone was utilized in France on February 3, 2024, at 13:03 (UTC), the day after the Defendant spray painted the cameras at her apartment building.

---

[1] Defense counsel provided the government with this excerpt of the Agent's testimony on August 30, 2024.

**Excerpt from Victim's Google Records**

| user_phone_number | start_timestamp_micros | end_timestamp_micros | directional_usage | usage_type | direction | user_country |
|---|---|---|---|---|---|---|
| ▉4174 | 2024-02-03 12:57:45 Z | 2024-02-03 13:03:27 Z | Data_Bytes: 1088 | DATA | DIRECTION_UNKNOWN | FR |
| ▉4174 | 2024-02-03 12:57:44 Z | 2024-02-03 13:03:26 Z | Data_Bytes: 2116484 | DATA | DIRECTION_UNKNOWN | FR |

The conclusion that the Victim's phone was located in France is <u>also</u> informed by law enforcement's review of a WhatsApp message sent by the Victim's account to a friend in Sweden on February 3, 2024, at 14:03 (UTC +1). The message, which was a variation of a message the Defendant's discussed with his acquaintance in Colombia, was received by S.R. at the same date and time of the Google data transfer from the Victim's phone identified above—which, as noted, occurred in France.[2] Accordingly, it is the location information from the Victim's Google records viewed in conjunction with timing of the WhatsApp message received by S.R. that led law enforcement to conclude the Victim's phone was in France at the time the WhatsApp message was sent.

**Screenshot of Message from Victim's WhatsApp Account to S.R.**



---

[2] Google records are maintained in UTC time. S.R. was located in Sweden at the time she received the aforementioned message from the Victim's WhatsApp account. On February 3, 2024, Sweden's time zone was UTC + 1. A time conversion reveals that on February 3, 2024, 13:03 (UTC) is the same time as 14:03 (UTC +1).

3

While this does not meaningfully alter the Case Agent's testimony, the undersigned files this Notice in an abundance of caution out of candor to the Court.

          MARKENZY LAPOINTE
          UNITED STATES ATTORNEY

By: **Lacee Elizabeth Monk**
     Lacee Elizabeth Monk
     Assistant United States Attorney
     Florida Bar No. 100322
     99 Northeast 4th Street
     Miami, Florida 33132-2111
     Tel.: (305) 961-9427
     Fax: (305) 530-7976
     Email: lacee.monk@usdoj.gov