UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-20201-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID KNEZEVICH,

    Defendant.
_____/

## OMNIBUS ORDER

**THIS MATTER** is before the Court following the Hearing held on October 22, 2024 (DE 87) ("*Hearing*").  After discussion with the Parties and as set forth on the record during the Hearing, it is **ORDERED AND ADJUDGED** as follows:

1. By **Friday, October 25, 2024, at 12:00 p.m.**, the Government must either produce to Defendant all MLAT requests or submit the requests, *ex parte*, under seal to the Court explaining why the requests cannot be provided to the Defendant.

2. By **Monday, October 28, 2024, at 6:00 p.m.**, the Government must advise the Defendant of a date to meet with local prosecutors regarding the decision as to whether this matter will be treated as a capital case or explain why such a meeting is not being offered.

3. Defendant's Motion to Set Government Discovery Cutoff Date (DE 81) is **GRANTED IN PART AND DENIED IN PART**.

    a. By **November 10, 2024**, the Government must identify all experts it anticipates it will call as witnesses. The Government must provide a

Case 1:24-cr-20201-KMW   Document 88   Entered on FLSD Docket 10/22/2024   Page 2 of 2

    summary of each experts' conclusions and analysis, as well as her CV, any case in which she has testified in the previous ten (10) years, and any and all written publications. Alternatively, the Government must explain, in detail, why it cannot adhere to his deadline and outline when this information will be available;

    b. Evidence currently in the Government's possession which is subject to Federal Rule of Criminal Procedure 16 and the Court's Standing Discovery Order also must be produced by **November 10, 2024**;

    c. All other discovery obligations are subject to the scheduling issues discussed at the Hearing and will be addressed at a later time.

4. As explained in open Court, Defendant's Amended Motion to Strike Government Notice (DE 65) is **DENIED as moot**.

5. A Hearing is **SET** for **November 15, 2024 at 2:00 p.m.** as to any outstanding discovery matters and the current trial date.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 22nd day of October, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Page **2** of **2**