UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-20201-WILLIAMS

UNITED STATES OF AMERICA,

v.

DAVID KNEZEVICH,

    Defendant.
_____/

## OMNIBUS ORDER

**THIS MATTER** is before the Court following the February 3, 2025 Status Conference in this matter. (DE 158.) For the reasons set forth at the Status Conference, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court is directed to **UNSEAL** the Search Warrant filed by the Government on January 17, 2025 (DE 146; 146-1).

2. The Parties shall file any request for Rule 15 depositions on or before **February 24, 2025 at 5:00 p.m.**

3. Any documents produced by the Government that are not in English as of the date of this Order shall be translated and provided to the defense on or before **March 10, 2025 at 5:00 p.m.**

4. Any discovery the Government intends to use at trial shall be produced on or before **April 7, 2025 at 5:00 p.m.** Any discovery produced by the Government after that deadline will be excluded from the Government's case-in-chief.

5. Defendant shall file any supplement to his Renewed Motion to Modify Bond (DE 147) on or before **February 10, 2025 at 5:00 p.m.** The Government shall file any response to Defendant's supplement on or before **February 18, 2025**

**at 5:00 p.m.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>3rd</u> day of February, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE