UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-20201-WILLIAMS

UNITED STATES OF AMERICA,

v.

DAVID KNEZEVICH,

    Defendant.
_____/

## OMNIBUS ORDER

**THIS MATTER** is before the Court following the March 26, 2025 Status Conference in this matter. (DE 189.) For the reasons set forth at the Status Conference, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Limited Disclosure of Superseding Indictment Grand Jury Legal Instructions (DE 167) is **DENIED**.

2. The Government's Motion to Compel Fingerprints (DE 178) is **GRANTED**. The Government shall complete the fingerprinting and produce any resulting analysis or other discovery by the discovery cutoff date of **April 7, 2025 at 5:00 p.m.**, as set forth in the Court's February 3, 2025 Order (DE 159).

3. Defendant's Motion to Re-Examine Request for Bill of Particular Concerning Alleged Situs of Crime (DE 181) is **DENIED**. However, the Defendant was given confirmation of the Government's theory of how the crime unfolded in open court.

4. Defendant's Motion for Reconsideration of Foreign Depositions (DE 185) is **DENIED AS MOOT**. The Defendant will file a waiver regarding foreign witnesses testifying via Zoom by **April 4, 2025 at 5:00 p.m.**

5. Defendant's Second Motion to Compel Discovery Including *Brady* Material (DE 188) is **DENIED AS MOOT**. The Government represents it has produced all emails and other communications on the subject in question. Nonetheless, the Government will reach out to former FBI Agent Montilla to ascertain the basis of her testimony by **April 9, 2025 at 5:00 p.m.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>27th</u> day of March, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE